# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:01cr178-02

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| TERRY LAMONT HUNTLEY. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) [Doc. 707], filed March 14, 2008, and the Government's Motion for Extension of Time [Doc. 204], filed April 15, 2008.

The Probation Office has completed a Supplement to the Presentence Report Pursuant to Crack Cocaine Guideline Amendment [Doc. 202, filed April 11, 2008], and has determined that the Defendant has served the time to which he would have been sentenced pursuant to the amendment. The Government, whose response is due this date, requests a fourteen day extension of time within which to respond. In view of the supplemental report, the Court will grant a two day extension.

**IT IS, THEREFORE, ORDERED** that the Government shall file its response, if any, to the Defendant's Motion on or before April 17, 2008.

Martin Reidinger
United States District Judge

Signed: April 15, 2008